IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| MORNING HILL FOODS, LLC,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>WILLIAM D. HOSHIJO, *as Executive Director of the Hawaiʻi Civil Rights Commission*, *et al.*,<br><br>　　　　Defendants. | Case No. 17-cv-00042-DKW<br><br>**ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT** |

On May 2, 2017, the Court stayed and administratively closed this action, pending a final decision in an administrative proceeding between the parties and any appeal therefrom. Dkt. No. 30. On December 15, 2017, a Final Decision and Order from the administrative proceeding was docketed (Administrative Order). Dkt. No. 31-2. On January 19, 2022, Plaintiff Morning Hill Foods, LLC (Plaintiff) reported that the Administrative Order had been appealed, and a decision from the Hawaiʻi Intermediate Court of Appeals (ICA) was pending. Dkt. No. 34.

On July 22, 2024, the Court received correspondence from counsel for Defendants, William D. Hoshijo and Robin Wurtzel (collectively, Defendants), reporting that the appeal before the ICA had been "completed" and the case "terminated…." Dkt. No. 40-1 at 1. Nothing more, however, is reported in said

correspondence. In light of the foregoing, the Court DIRECTS the parties to file a *joint* status report.

Specifically, without limitation, the parties shall address (1) whether this action may be permanently closed, (2) if not, whether the administrative stay of this action should be lifted, (3) if the stay is lifted, whether Defendants' motion to dismiss (Dkt. No. 16), to the extent not addressed in the Court's May 2, 2017 Order, is moot, and (4) any other matter either party believes is salient to the foregoing.

Should the parties fail to agree on any aspect of the status report, they may state their individual position(s) therein. The joint status report may be no more than five (5) pages in length and shall be filed within fourteen (14) days of entry of this Order.

In all other respects, the stay entered in this case shall remain in effect.

IT IS SO ORDERED.

Dated: July 23, 2024 at Honolulu, Hawaiʻi.

Derrick K. Watson
Chief United States District Judge

2